# United States District Court

## SOUTHERN DISTRICT OF INDIANA

**UNITED STATES OF AMERICA**

**V.**

**WILLIAM GAMMON**

## CRIMINAL COMPLAINT

CASE NUMBER: 1:17-mj-00068

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about January 4, 2017, in Marion County, in the Southern District of Indiana defendant did,

Counts 1-3: Possession of a firearm by a previously convicted felon, in violation of Title 18, United States Code, Section 922(g)(1).

I further state that I am a Task Force Officer, and that this complaint is based on the following facts:

See attached AFFIDAVIT

**Continued on the attached sheet and made a part hereof.**

Christopher J. Heffner, TFO, ATF

**Sworn to before me, and subscribed in my presence**

February 3, 2017 at Indianapolis, Indiana
**Date**

Tim A. Baker, U.S. Magistrate Judge
**Name and Title of Judicial Officer**

**Signature of Judicial Officer**

**AFFIDAVIT**

Your Affiant, Lieutenant Christopher J. Heffner being first duly sworn upon my oath, state as follows:

1. I am a police officer with the Marion County Sheriffs' Office (MCSO). I have been a police officer in Indianapolis and Marion County for the past thirty-two (32) years. I am a "law enforcement officer" as that term is defined in I.C. 35-31.5-2-185.

2. I am currently assigned as a Task Force Officer to the Bureau of Alcohol, Tobacco, Firearms and Explosives and was so assigned from 2007 to 2012, and then reassigned in 2013. In connection with my official duties, I am involved in investigations relating to violations of Federal and Indiana firearms laws.

3. I have received training related to the enforcement of Federal and Indiana criminal laws, including the following:

   a. My initial training was at the Indiana Law Enforcement Academy in 1985. I have satisfied the minimum basic training requirements established by rules adopted by the Law Enforcement Training Board under I.C. 5-2-1-9 and described in I.C. 35-37-4-5.

   b. I have attended multiple schools relating to interview and investigation techniques, both through MCSO and IMPD, including the United States Drug Enforcement Administration (DEA) Investigations and Undercover Academy, the United States Bureau of Alcohol, Tobacco, Firearms and Explosives Academy, and the Southern Police Institute/University of Louisville Homicide and Death Investigations School.

   c. I also have extensive training and education in narcotics, firearms, homicide and covert investigations.

   d. I have conducted more than 1000 narcotics and/or firearms investigations.

e. I receive yearly in-service training through the Indianapolis Police Department, the Indianapolis Metropolitan Police Department, and the Marion County Sheriffs' Office and Bureau of Alcohol, Tobacco, Firearms and Explosives.

4. This Affidavit is submitted in support of a criminal complaint charging William GAMMON (hereinafter GAMMON) with possession of a firearm by a convicted felon, in violation of Title 18, United States Code, Section 922(g)(1).

5. On January 4, 2017 at approximately 4:30 pm, Marion County Sheriffs' Deputy (Dep.) Randy Mullins, Sergeant (Sgt.) Jim Enea and Sgt. Eric Gundle went to 914 E 25th Street, Indianapolis, Marion County, Indiana, to serve a felony arrest warrant on GAMMON.

6. Dep. Mullins positioned himself in the rear of the house, while Sgt. Enea approached the front and knocked. As he was knocking, Dep. Mullins observed the window on the second floor open, from which a black drawstring-style bag, a large canister, and a plastic baggie dropped to the ground, landing directly below the window. Dep. Mullins checked the area and noticed a small pistol laying on the ground next to the other items. About 10 minutes later, William GAMMON came outside the front door of the residence, shutting and locking the door behind him, and surrendered to Sgt. Enea. GAMMON stated that there was no one else in the house.

7. I arrived at the house, and having had prior contact with GAMMON, knew him to be convicted of Dealing Cocaine or Narcotic Drug as an A felony on January 6, 2009 under Marion County Indiana Cause number 49G500809FA218110. As such, I knew GAMMON to be prohibited from possessing a firearm or ammunition, under Indiana Criminal Code 35-47-4-5, and Title 18, United States Code, Section 922(g)(1).

8. Dep. Mullins recovered the objects dropped from the window, among them a Ruger .380 semi-automatic pistol, serial number 71690185, which was loaded with one round in the chamber and eight (8) rounds of .380 caliber ammunition in the magazine.

9. Dep. Mullins also found a black drawstring bag containing a Hi-Point 40 caliber semi-automatic pistol bearing serial number P1959090, and a Springfield XD .40 caliber semi-automatic pistol bearing serial number XD469135. Additionally, inside the bag, there was also a pouch containing loose ammunition in several calibers, specifically: Fifty-eight (58) .223 caliber rounds, thirty-one (31) 7.62 x 39 mm rounds, twenty (20) 20-gauge shotgun shells, two (2) .45 caliber rounds, thirty (30) .38 caliber rounds, and thirty-one (31) .380 caliber rounds. Dep. Mullins also recovered a baggie, which appeared to contain several small tied baggies that your affiant recognized as a common packaging method in illegal narcotics distribution.

10. Deputies maintained a perimeter on the residence, and observed no one except GAMMON leave or enter the residence before or after knocking on the front door and announcing their presence.

11. Officers applied for a state search warrant, which was granted. During the execution of the search warrant, no one else was located inside the residence. A black tri-fold wallet containing the GAMMON's identification card was recovered in the second story middle bedroom, on the TV stand. Another identification card for GAMMON was recovered in the farthest west second floor bedroom.

12. During the search, deputies recovered approximately twenty-one (21) grams of heroin and fentanyl from the residence.

13. All these events occurred in the City of Indianapolis, Indiana, located in the Southern District of Indiana.

Christopher J. Heffner, Task Force Officer
Bureau of Alcohol, Tobacco, Firearms and Explosives

Sworn to before me, and subscribed in my presence, this 3rd day of February 2017.

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana